# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RICKEY GRANGER,**

       **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　Case No. 6:08-cv-1283-Orl-31KRS

**WATER SPORTS MANAGEMENT, INC.,
and DAVID BENJAMIN,**

       **Defendants.**

_____

# ORDER

This cause comes before the Court on the Amended Joint Motion for Approval of Settlement (Doc. No. 19) filed March 11, 2009.

On April 17, 2009, the United States Magistrate Judge issued a report (Doc. No. 26) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Amended Joint Motion for Approval of Settlement is **GRANTED**. The settlement is accepted as a "fair and reasonable resolution of a bona fide dispute."

3. Counsel for the Plaintiff cannot withhold any portion of the $13,943.00 payable to the Plaintiff under the settlement agreement pursuant to a contingent fee agreement or otherwise. Counsel must provide a copy of this order to the Plaintiff Rickey Granger.

4. The case is **DISMISSED** with prejudice. The Court will not reserve jurisdiction to enforce a settlement agreement. The clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 18, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE